905 A.2d 915

**Janice Iannece BEYERS.**

**Donald Richmond, Forceno & Arangio, P.C., Robert Arangio and Raymond P. Forceno.**

**Petition of Forceno & Arangio, P.C., Robert Arangio and Raymond P. Forceno.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

534

■

*ORDER*

PER CURIAM.

AND NOW this 21st day of August 2006, the Petition for Allowance of Appeal is granted, with oral argument limited to the following issue:

Did the Superior Court err in holding that Pennsylvania's UTPCPL applies to an attorney's conduct in collecting and distributing settlement proceeds?